UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HENNIE WOOTEN | CIVIL ACTION |
| VERSUS | NO. 11-0145 |
| THE CITY OF NEW ORLEANS, ET AL | SECTION "N"(3) |

## ORDER AND REASONS

Before the Court is the "**Motion for Summary Judgment**" (Rec. Doc. 37), filed by Defendants the City of New Orleans, Mayor Mitch Landrieu, Superintendent Ronal Serpas, and Officer Randolph Daniel ("Defendants"). The Court has pre-tried the case and discussed this motion with counsel. Plaintiff expressly does not oppose summary judgment on the remaining battery claim following the Court's Order of August 20, 2012 granting Defendants' Motion to Dismiss (Rec. Doc. 32). Further, it appears to the Court that the motion has merit. Accordingly,

**IT IS ORDERED** that Defendants' Motion for Summary Judgement is **GRANTED**. The remaining state law battery claim against Officer Daniel is dismissed.

New Orleans, Louisiana, this 10th day of September 2012.

_____
KURT D. ENGELHARDT
United States District Judge

1